IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**
v.                                                   CASE NO. 1:05-cr-00039-SPM-AK

**ASHLIE EBONY MOTHERSILL,**

   **Defendant.**
_____/

**O R D E R**

This matter is before the Court on Defendant's Motion to Vacate Motion to Withdraw as Attorney. (Doc. 79). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and that the motion to withdraw (doc. 78) is hereby **DEEMED WITHDRAWN**.

   **DONE AND ORDERED** this **14th** day of November, 2005

                                    *s/ A. KORNBLUM*
                                    ALLAN KORNBLUM
                                    UNITED STATES MAGISTRATE JUDGE