IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 1:05cr39-SPM/AK

ASHLEY EBONY MOTHERSILL,

    Defendant.
_____/

## ORDER OF REFERENCE

The court has been informed that the defendant in the above styled case wishes to enter a guilty plea and consents to having the guilty plea proceedings conducted by a United States Magistrate Judge. Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and Loc. R. 72.3, it is hereby

ORDERED that the above captioned criminal case be referred to the Honorable Allan Kornblum, United States Magistrate Judge, to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation to the District Judge concerning acceptance or rejection of the guilty plea.

DONE AND ORDERED this 14th day of April, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge